**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DANNY R. POLSTON,

     Plaintiff,

vs.                                                                                  CASE NO. 3:13-cv-81-J-34TEM

MICHAEL CREWS, et. al.,

     Defendants.

_____

**O R D E R**

This case is before the Court on the Joint Motion for Extension of Case Management

Deadlines (Doc. #31, "Motion for Extension"), filed June 13, 2013.  The parties have agreed

to an enlargement of the time within which to amend pleadings or add parties through July

28, 2013.  Motion at 2.  The parties have also agreed to enlarge the time for disclosing

experts through September 15, 2013 for Plaintiff and through October 1, 2013 for

Defendant.  *Id.*  The Case Management and Scheduling Order and Referral to Mediation

(Doc. #26, "CMSO") provides that the parties may stipulate to an extension of discovery

with the understanding that the Court will not hear any discovery disputes during this

extended period, and may seek to enlarge the time to amend pleadings upon new

discovery or other good cause shown.  CMSO at 2.

Plaintiff avers he is unable to properly determine whether the Complaint in this action

should be amended or additional parties added until outstanding discovery is received and

reviewed.  Motion for Extension at 1.  The parties have stipulated that Defendant Michael

Crews' responses to the outstanding discovery requests may be provided on or before

June 28, 2013.  Motion for Extension at 1.  The Court need not address this matter, as

requested in the instant motion, because no dispute between the parties exists and the Court does not review discovery matters absent an unresolved dispute.  *See Chatman v. National R.R. Passenger Corp.,*  246 F.R.D. 695, 696 (M.D. Fla. 2007) (noting discovery is intended to operate with minimal judicial supervision unless a dispute arises and one of the parties files a motion requiring judicial intervention).

The Court finds, however, that the stated need for discovery materials prior to determining whether it will be necessary to amend the pleadings constitutes good cause for the sought relief.  Further, the Court will treat the parties' agreement to the enlargement of expert disclosures as a stipulation to extend specific discovery deadlines under that provision of the scheduling order permitting enlargements of discovery by stipulation.  The Court also notes that the requested extensions do not overlap the other deadlines established in the governance of this case.

Given the parties' agreement, the Court will allow the requested extensions and **GRANT** the Motion for Extension to the extent the deadline to amend pleadings or add parties is enlarged through July 28, 2013, Plaintiff's expert disclosure is enlarged through September 15, 2013 and Defendant's expert disclosure is enlarged through October 1, 2013.  The parties are advised that the granting of this motion shall not serve as a basis for any other request to extend previously established deadlines.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of June, 2013.

Copies to:
All Counsel of Record
*Pro Se* Parties, if any

THOMAS E. MORRIS
United States Magistrate Judge

2