**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DANNY R. POLSTON,

    Plaintiff,
vs.                                              CASE NO. 3:13-cv-81-J-34TEM

MICHAEL CREWS, et. al.,

    Defendants.
_____

## O R D E R

This case is before the Court on the Plaintiff's Second Unopposed Motion to Extend Deadlines to Disclose Expert Reports (Doc. #41, "Motion for Extension"), filed October 15, 2013. The parties have again agreed to enlarge the time for disclosing experts. Plaintiff seeks to disclose its expert report by November 15, 2013 and Defendants seek to disclose their expert report by December 1, 2013. Motion for Extension at 1. The Case Management and Scheduling Order and Referral to Mediation (Doc. #26, "CMSO") provides that the parties may stipulate to an extension of discovery with the understanding that the Court will not hear any discovery disputes during this extended period. *See* CMSO at 2.

The Court will treat the parties' agreement to the enlargement of expert disclosures as a stipulation to extend specific discovery deadlines under that provision of the scheduling order permitting enlargements of discovery by stipulation. The Court also notes that the requested extensions do not overlap the other deadlines established in the governance of this case, although they do end just before the dispositive and Daubert motion deadline set at December 2, 2013. CMSO at 2. These deadlines remain in effect.

Given the parties' agreement, the Court will allow the requested extensions and **GRANT** the Motion for Extension. The parties are advised that the granting of this motion shall not serve as a basis for any other request to extend previously established deadlines.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of October, 2013.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to all counsel of record
and *pro se* parties, if any